## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DAVID G. RILEY,

               Respondent

           v.

DEBORAH L. RILEY,

               Petitioner

: No. 224 WAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.